**DISMISS; and Opinion Filed September 17, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01099-CR

**PAUL ROBERT PICKENS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-62809-S**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Brown, and Schenck
Opinion by Justice Brown

Paul Robert Pickens pleaded guilty to murder. Pursuant to a plea agreement, the original charge of capital murder was reduced to murder and the trial court sentenced appellant to sixty years' imprisonment. Appellant waived his right to appeal as part of the plea agreement, *see Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000), and the trial court certified that appellant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). We dismiss the appeal for want of jurisdiction.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

151099F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

PAUL ROBERT PICKENS, Appellant

No. 05-15-01099-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F12-62809-S.
Opinion delivered by Justice Brown, Justices
Lang-Miers and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 17th day of September, 2015.